UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALBERT MARTINEZ, | Case No. 23-cv-05681-JD |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE DISMISSAL** |
| OFFICER MUNGUIA, et al., | |
| Defendants. | |

This is a civil rights complaint filed pro se by a detainee. The Court dismissed the amended complaint with leave to amend after discussing the deficiencies in the case. The time to amend has passed and plaintiff has not filed a second amended complaint or otherwise communicated with the Court. This case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: June 18, 2024

JAMES DONATO
United States District Judge